**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JEFFREY A. SAVAGE

**name of plaintiff(s)**

**CIVIL ACTION**

**versus**

Joseph Lamartinierre
Kevin Benjamin
Marcus Jones

NO._____ )

**name of defendant(s)**

## COMPLAINT

1.   State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

State Officials, acting under color of state Law, Retaliated against me for exercising my First Amendment Right

2.   Plaintiff, Jeffrey A. Savage #196217 resides at

Camp-D, Falcon-2 , Angola ,
**street address**                                **city**

East Feliciana , LA. , 70712  225-655-4411
**parish**               **state**    **zip code**    **telephone number**

(if more than one plaintiff, provide the same information for each plaintiff below)

N/A

3.   Defendant, Joseph Lamartinierre lives at, or

its business is located at 17544 Tunica Trace ,
**street address**

Angola , East Feliciana , La , 70712
**city**               **parish**               **state**

225 , 655-4411 .
**zip code**     **telephone number**

(if more than one defendant, provide the same information for each defendant below)

Kevin Benjamin, 17544 Tunica Trace, Angola, La. 70712,
Marcus Jones, 17544 Tunica Trace, Angola, La, 70712,

4.    **Statement of claim** ( State as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Be as specific as possible.  You may use additional paper if necessary):

See Attached Pgs. 1-10

5.    **Prayers for Relief** (list what you want the Court to do):

a.    See Attached pgs - 8-10

b.    "        "        "        "

c.    "        "        "        "

d.    "        "        "        "

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this ___7th___ day of ___September___, 20 18

Jeffrey A. Savage

_____

_____

(signature of plaintiff (s))