# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFFERY SAVAGE (#196217)** | **CIVIL ACTION** |
| **VERSUS** | |
| **JOSEPH LAMARTINIERRE ET AL.** | **NO.: 18-831-BAJ-RLB** |

## ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 19)** under 28 U.S.C. § 636(b)(1). The United States Magistrate Judge recommends that the Court (1) deny Defendants' Federal Rule of Civil Procedure 12(b)(5) motion to dismiss, (2) extend the time for service on Defendants Joseph Lamartinierre and Marcus Jones so that service is deemed timely, and (3) grant Plaintiff an additional 45 days to serve Defendant Kevin Benjamin.

The Report and Recommendation notified the parties that, under 28 U.S.C. § 636(b)(1), they had 14 days from the date they received the Report and Recommendation to file written objections. (Doc. 19 at p. 1). No party objected. Having considered Defendants' motion and supporting memorandum, Plaintiffs' opposition, and the United States Magistrate Judge's Report and Recommendation, the Court approves the United States Magistrate Judge's Report and Recommendation and adopts the findings of fact, conclusions of law, and recommendation.

1

Accordingly,

**IT IS ORDERED** that the United States Magistrate Judge's **Report and Recommendation (Doc. 19)** is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Doc. 9)** is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is granted an additional 45 days to properly serve Defendant Kevin Benjamin.

**IT IS FURTHER ORDERED** that Plaintiff's service of Defendants Joseph Lamartinierre and Marcus Jones is deemed timely.

Baton Rouge, Louisiana, this 10th day of July, 2019.

**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**